JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Martin Diego Sanchez, | ) | 2:09-cv-02453-JHN-SSx |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | ) | |
| The Home Depot USA, Inc. et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court has been advised by the NOTICE of Settlement [10], filed on December 10, 2009 that this action had been settled. It is not necessary for the action to remain on the calendar of the Court. Any pending court dates/deadlines are hereby VACATED.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: December 28, 2009

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE